UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FELIX VINCENT SITTHIVONG,

                Petitioner,

   v.

MIKE OBENLAND,

                Respondent.

Case No. C14-1876-RSL-MLP

ORDER GRANTING MOTION FOR EXTENSION OF TIME

Finding good cause, the Court GRANTS Respondent's motion for an extension of time. (Dkt. # 38.) Respondent shall file his answer to Petitioner's habeas petition on or before **July 13, 2020**. The Clerk is directed to send copies of this order to the parties and to the Honorable Robert S. Lasnik.

Dated this 29th day of June, 2020.

*/s/ Michelle L. Peterson*

MICHELLE L. PETERSON
United States Magistrate Judge

ORDER GRANTING MOTION FOR EXTENSION
OF TIME - 1