# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| FELIX VINCENT SITTHIVONG,<br><br>    Petitioner,<br><br>v.<br><br>MIKE OBENLAND,<br><br>    Respondent. | Cause No. C14-1876RSL<br><br>ORDER EXTENDING TIME |

This matter comes before the Court on petitioner's request for a ninety-day extension of time in which to file objections to the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge. The request is GRANTED. The Clerk of Court is directed to renote the Report and Recommendation on the Court's calendar for April 2, 2021. Petitioner's objections, if any, are due on or before March 18, 2021.

Dated this 16th day of December, 2020.

*/s/ Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER EXTENDING TIME - 1