UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FELIX VINCENT SITTHIVONG,

    Petitioner,

v.

MIKE OBENLAND,

    Respondent.

Case No. C14-1876RSL

ORDER EXTENDING TIME

    This matter comes before the Court on petitioner's request for a 364-day extension of time in which to file objections to the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, or for a stay until the "WSRU facility fully reopens up."[1] Dkt. # 46. Petitioner argues that COVID-19 related restrictions at his correctional facility have made it impossible for him to get the legal assistance he needs in order to meet the deadline to file objections. The Court has already granted petitioner one 90-day extension. Dkt. # 45. Respondent does not oppose a "reasonable extension of time (*e.g.*, something in the 60- to 90-day range) for Sitthivong to file his objections," but respondent contends that the full year requested is not reasonable. Dkt. # 47. The Court agrees with respondent because the 364-day extension or stay petitioner proposes is excessive in light of the likelihood that vaccination progress will permit the relaxing of COVID-19 restrictions in advance of petitioner's proposed

---

[1] The Court understands the "WRSU facility" to refer to the Washington State Reformatory unit at the Monroe Correctional Complex, where petitioner is currently held. See Inmate Search, Department of Corrections Washington State, https://www.doc.wa.gov/information/inmate-search/default.aspx (last visited on April 5, 2021) (reflecting petitioner's location as "Monroe Correctional Complex-WSR").

ORDER EXTENDING TIME - 1

timeline.[2] The Court hereby GRANTS IN PART petitioner's request by providing him another 90-day extension of time in which to file objections. The Clerk of Court is directed to renote the Report and Recommendation on the Court's calendar for July 2, 2021. Petitioner's objections, if any, are due on or before June 17, 2021.

DATED this 13th day of April, 2021.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

---

[2] Petitioner's correctional facility has a capacity of 2400 inmates. Monroe Correctional Complex (MCC), Department of Corrections Washington State, https://www.doc.wa.gov/corrections/incarceration/prisons/mcc.htm (last visited April 5, 2021). As of April 5, 2021, 1,160 staff and inmates had received the first dose of the COVID-19 vaccination and 590 had received the second dose. COVID-19 Vaccine Administration, Department of Corrections Washington State, https://www.doc.wa.gov/corrections/covid-19/data-vaccines.htm#vaccine-by-facility (last visited April 5, 2021).

ORDER EXTENDING TIME - 2