UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FELIX VINCENT SITTHIVONG,<br><br>               Petitioner,<br><br>    v.<br><br>MIKE OBENLAND,<br><br>               Respondent. | Case No. C14-1876-RSL<br><br>ORDER DISMISSING ACTION |

The Court, having reviewed Petitioner's amended petition for writ of habeas corpus, Respondent's answer thereto, the Report and Recommendation of Michelle L. Peterson, United States Magistrate Judge, Petitioner's objections to the Report and Recommendation, and the remaining record, hereby finds and ORDERS:

(1) The Report and Recommendation is approved and adopted.

(2) Petitioner's amended petition for writ of habeas corpus (dkt. # 8) is DENIED, and this action is DISMISSED with prejudice.

(3) In accordance with Rule 11 of the Rules Governing Section 2254 Cases in the United States District Courts, a certificate of appealability is DENIED.

ORDER DISMISSING ACTION
PAGE - 1

(4)     The Clerk is directed to send copies of this Order to Petitioner, to counsel for Respondent, and to the Honorable Michelle L. Peterson.

DATED this 21st day of June, 2022.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

ORDER DISMISSING ACTION
PAGE - 2